# EXHIBIT 4

July 23, 2021 Email from Plaintiff to Defendants

**Jlynn Yamrus**

*Legal Administrative Assistant*

Frederick

D 240.772.5118

---

**From:** Mesino, Cindy <cindy.mesino@abc.nc.gov>
**Sent:** Friday, July 23, 2021 3:32 PM
**To:** Yamrus, Jlynn <Jlynn.Yamrus@offitkurman.com>
**Subject:** Re: [External] RE: Approval

Yes, we were going by the following regulation: As you can see below the image below is seen as inappropriate to many here.

**Rule 15b 1003 - 3**

(2) depicts the use of alcoholic beverages in a scene that is determined by the Commission to be undignified, immodest, or in bad taste;



*Cindy Mesino*

Product and Pricing Section

Alcoholic Beverage Control Commission

*Phone*: (919) 948-7918

cindy.mesino@abc.nc.gov

*Mail*:  4307 Mail Service Center, Raleigh, NC  27699-4307

*Location*:  400 East Tryon Road, Raleigh, NC  27610

---

**From:** Yamrus, Jlynn <Jlynn.Yamrus@offitkurman.com>
**Sent:** Friday, July 23, 2021 3:27 PM
**To:** Mesino, Cindy <cindy.mesino@abc.nc.gov>
**Subject:** [External] RE: Approval

> **CAUTION:** External email. Do not click links or open attachments unless you verify. Send all suspicious email as an attachment to Report Spam.

What do I need to do to have the 12 oz label approved?  Thank you for your patience while I learn what is acceptable and what isn't.

Jlynn



| | |
|---|---|
| **Jlynn Yamrus** | 50 Carroll Creek Way |
| | Suite 340 |
| Legal Administrative Assistant | Frederick, MD 21701 |
| D  240.772.5118 | T  240.772.5118 |
| | F  240.772.5135 |
| Jlynn.Yamrus@offitkurman.com | offitkurman.com |
| |  |

**From:** Mesino, Cindy <cindy.mesino@abc.nc.gov>
**Sent:** Friday, July 23, 2021 3:25 PM
**To:** Yamrus, Jlynn <Jlynn.Yamrus@offitkurman.com>
**Subject:** Approval

Good Afternoon,

The following products have been approved:

Dark Berry Sour Ale Brewed w/Blueberry/Vanilla/Lactose/Raspberry Natural Flavor - 00193925B

Freezin Season Winter Ale - The 12oz label will not be approved but I can approve the keg collar.

*Cindy Mesino*

Product and Pricing Section

Alcoholic Beverage Control Commission

*Phone*: (919) 948-7918

cindy.mesino@abc.nc.gov

*Mail*: 4307 Mail Service Center, Raleigh, NC 27699-4307

*Location*: 400 East Tryon Road, Raleigh, NC 27610

---

Email correspondence to and from this address may be subject to the North Carolina Public Records Law and may be disclosed to third parties by an authorized state official.

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential. It is solely intended for use by the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and delete this communication.

Any tax advice included in this communication may not contain a full description of all relevant facts or a complete analysis of all relevant tax issues or authorities. This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity.

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential. It is solely intended for use by the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and delete this communication.

Any tax advice included in this communication may not contain a full description of all relevant facts or a complete analysis of all relevant tax issues or authorities. This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity.

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential. It is solely intended for use by the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and delete this communication.

Any tax advice included in this communication may not contain a full description of all relevant facts or a complete analysis of all relevant tax issues or authorities. This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity.